1  IRELL & MANELLA LLP
   Marc S. Maister (SBN 155980)
2  Michael Fehner (SBN 207312)
   840 Newport Center Drive, Suite 400
3  Newport Beach, CA 92660-6324
   Telephone: (949) 760-0991
4  Facsimile: (949) 760-5200

5  Attorneys for Plaintiff
   The Flintkote Company
6

7  LYNBERG & WATKINS
   A Professional Corporation
8  Judith R. Gold (SBN 61291)
   Michael J. Larin (SBN 77116)
9  888 South Figueroa St., 16th Floor
   Los Angeles, CA 90017
10 Telephone: (213) 624-8700
   Facsimile: (213) 892-2763
11
   Attorneys for Defendant Aviva Insurance
12 Company of Canada (erroneously sued as General
   Accident Assurance Company of Canada)
13

**FILED**

AUG - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN,<br><br>            Defendants. | Case No. C 04-01827 MHP<br><br>**JOINT REQUEST FOR LETTERS ROGATORY TO PERMIT TAKING OF AN EXAMINATION** |

JOINT REQUEST FOR LETTERS ROGATORY
(Case No C 04-01827 MHP)

1326839.1 03

# INTRODUCTION

Plaintiff The Flintkote Company ("Flintkote") and defendant Aviva Insurance Company of Canada ("Aviva"), by and through their counsel, jointly submit this request for the issuance of letters rogatory (the "Letter of Request"). The parties would like to take the deposition of Dalma Poirier, an individual residing in the province of Québec, Canada, by means of a deposition under oath. According to records reviewed in this action, Mr. Poirier was employed at the Flintkote Mines Limited ("Mines") asbestos mining and milling facility in Québec from the 1940s through the 1970s, and was the Plant Manager for some of that period. While the parties do not agree on the issue of whether the historical information Mr. Poirier may possess about the Mines facility is or may be relevant, they have agreed to debate that issue at a later date and to move forward with this joint request. This request is made now on the grounds that Mr. Poirier is approximately ninety years old and in uncertain condition, so that a deposition will preserve his testimony if it ever becomes needed in the present litigation.

# BACKGROUND

The plaintiff, Flintkote, is a Delaware corporation with its principal place of business in California. The defendant, Aviva, is a Canadian corporation.

Four comprehensive general liability ("CGL") insurance policies were issued to Mines and the Flintkote Company of Canada, Ltd., both claimed subsidiaries of Flintkote. The policies were generally in effect from January 1951 to January 1961. As the successor to General Accident Assurance Company of Canada ("GAAC"), Aviva acknowledges responsibility for the policies in effect from June 30, 1957 to January 1, 1961.

Flintkote contends that it is facing thousands of claims by persons allegedly injured by asbestos exposure, and has sued Aviva for declaratory relief and breach of contract on the policies, claiming that Aviva has a duty to indemnify and defend

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT REQUEST FOR LETTERS ROGATORY
(Case No C 04-01827 MHP)
- 1 -
1147877v3

1  Flintkote and its affiliated entities in the asbestos-related actions in the United States
2  and Canada.
3      Aviva denies that there has been a breach of any duty to Flintkote, contends
4  that the subject policies were not intended to provide coverage to Flintkote, and
5  argues that Flintkote is demanding much broader coverage than it is entitled to.
6      The parties have shared documents confidentially, in the mediation and
7  settlement context. Certain of those documents indicate Mr. Poirier's position and
8  extensive history at Mines, as well as his knowledge of Mines' production and
9  relationship to Flintkote. While Flintkote maintains that the insurance policies at
10 issue can be interpreted as a matter of law, and that the use of extrinsic evidence is
11 neither necessary nor permissible, Aviva has asked a number of factual queries
12 involving Mines and its production. Flintkote, in the mediation context, shared
13 documents which were apparently authored by Mr. Poirier and spoke to Aviva's
14 questions and raised the possibility that both parties could seek to question Mr.
15 Poirier about certain topics as a way to learn facts.
16     Accordingly, the parties believe that an examination of Mr. Poirier may well
17 provide helpful background information and evidence, not only for litigation of this
18 case, but for the purpose of continuing settlement discussions. Mr. Poirier's
19 advanced age has spurred the parties to make this request early in the process, and
20 even though other sources of information exist in the United States and elsewhere.
21
22     **DISCUSSION**
23     The issuance of a letter rogatory, or a letter of request, is a procedure by
24 which a court can request the assistance of authorities in a foreign country. Federal
25 Rule of Civil Procedure 28 authorizes the use of letters rogatory/letters of request
26 for the taking of depositions abroad. Since the United States and Canada are both
27 signatories of the Hague Convention (see 28 U.S.C. § 1781, Appendix), the
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership including
Professional Corporations

JOINT REQUEST FOR LETTERS ROGATORY
(Case No. C 04-01827 MHP)
- 2 -
1147877v3

## CONCLUSION

The parties respectfully request that the Court execute the Letter of Request in the form attach, in order to request the assistance of the appropriate civil authorities of the Province of Québec, Canada, being the Superior Court of Québec, in retrieving this information.

Respectfully submitted,

Dated: July ____, 2005

IRELL & MANELLA LLP

By: /s/ Michael Fehner
Michael Fehner
Attorneys for Plaintiff The Flintkote Company

Dated: July ____, 2005

LYNBERG & WATKINS

By: _____
Judith Gold
Attorneys for Defendant Aviva Insurance Company of Canada

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT REQUEST FOR LETTERS ROGATORY
(Case No C 04-01827 MHP)
- 4 -
1147877v3

Case 3:04-cv-01827-MHP Document 51 Filed 08/08/05 Page 5 of 10
08/04/2005 10:00 FAX 213 892 2793  Case 3:04-cv-01827-MHP  LYNBERG & WATKINS Document 50-1 Filed 08/05/2005  Page 6 of 7  002/002
Judith Gold - Joint Request for Issuance of Letters Rogatory.DOC                                                       Page 6

## CONCLUSION

The parties respectfully request that the Court execute the Letter of Request in the form attach, in order to request the assistance of the appropriate civil authorities of the Province of Québec, Canada, being the Superior Court of Québec, in retrieving this information.

Respectfully submitted,

Dated: July ____, 2005         IRELL & MANELLA LLP

By: _____
Michael Fehner
Attorneys for Plaintiff The Flintkote Company

Dated: July 30, 2005          LYNBERG & WATKINS

By: _____
Judith Gold
Attorneys for Defendant Aviva Insurance Company of Canada

## CERTIFICATE OF SERVICE

1. I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On August 5, 2005, I served the foregoing document described as **JOINT REQUEST FOR LETTERS ROGATORY TO PERMIT TAKING OF AN EXAMINATION** on each interested party, as follows:

> Judith Gold
> Lynberg & Watkins
> A Professional Corporation
> 888 South Figueroa Street, 16th Floor
> Los Angeles, CA 90017
>
> Telephone: (213) 624-8700
> Facsimile: (213) 892-2763

[X] **(BY MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on August 5, 2005, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____Bonnie Blythe_____         /s/ Bonnie Blythe
(Type or print name)                       (Signature)

JOINT REQUEST FOR LETTERS ROGATORY
(Case No. C 04-01827 MHP)

- 5 -

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

# LETTER OF REQUEST FOR THE TAKING OF EVIDENCE

From

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

To

THE SUPERIOR COURT OF THE PROVINCE OF QUÉBEC, CANADA

## I.  INTRODUCTION

The above-named Court presents its compliments and requests the following assistance to obtain evidence to be potentially used in a civil proceeding, *The Flintkote Company v. General Accident Assurance Company of Canada, et al.*, Case No. 04-01827 MHP, now pending in the United States District Court for the Northern District of California, San Francisco Division.

This Court has determined that, in the interests of justice and in order to ensure a complete record, Monsieur Dalma Poirier, who resides within your jurisdiction, should be examined as a witness under oath.

This Court requests that the appropriate judicial authority of the Province of Québec, Canada, compel the appearance of Monsieur Poirier to give video-taped deposition testimony and produce documents for use at trial, if any are within his possession, custody or control. Monsieur Poirier's last known address is Thetford Mines, Québec.

## II.  NATURE OF THE UNDERLYING PROCEEDINGS

Plaintiff The Flintkote Company ("Flintkote") and Defendant Aviva Insurance Company of Canada ("Aviva"), successor of General Accident Assurance Company of Canada, are involved in an insurance coverage dispute. Flintkote manufactured building products for much of the twentieth century. Some of those products contained asbestos. Flintkote Mines Limited

1  ("Mines"), a company related to Flintkote, operated an asbestos mine and milling facility in
2  Thetford Mines, Québec, from approximately 1945 to 1971.

3       The predecessor of Aviva issued insurance policies to Mines and another entity, The
4  Flintkote Company of Canada, covering the years 1951 to 1960. Flintkote and Aviva dispute how
5  to properly interpret these policies.

6       This action commenced when Flintkote filed a complaint in San Francisco Superior Court
7  (for the State of California) in April 2004. Aviva then removed the action to this Court. Aviva
8  requested that this action be dismissed for lack of personal jurisdiction, but that motion was denied
9  by this Court. The parties have engaged in some discovery, as well as an extensive mediation
10 process that is ongoing.

11    **III.   THE PARTIES AND COUNSEL**

12      Flintkote is a Delaware corporation with its principal place of business in San Francisco,
13 California. It is represented in this litigation by Marc S. Maister, Michael Fehner, and other
14 attorneys from the law firm of Irell and Manella LLP, 840 Newport Center Drive, Suite 400,
15 Newport Beach, California 92660-6324. Flintkote's Canadian counsel includes Bernard Boucher
16 and Sébastien Guy of Blake, Cassels & Graydon LLP, Place de la Cathedrale, Suite 2200, 600
17 Maisonneuve Boulevard West, Montréal, Québec, Canada H3A 3J2.

18      Aviva is an insurance company with its headquarters in Toronto, Ontario, Canada. It is
19 represented in this litigation by Judith Gold, Michael Larin and other attorneys from the law firm
20 of Lynberg and Watkins, a Professional Corporation, 888 South Figueroa St., 16th Floor, Los
21 Angeles, CA 90017.

22    **IV.   THE NEED FOR AND SUBJECT MATTER OF THE REQUEST**

23      The parties are informed that Monsieur Poirier was apparently employed by Mines from its
24 incorporation in 1945 through the 1970s, and served for much of that time as the manager of the
25 Thetford Mines facility. Background facts regarding Mines' history and production, as well as
26 Mines' relationship with Flintkote during the period covered by the insurance policies at issue
27 (1951-1960) may aid the parties both in terms of the continuing attempts at resolution and the
28 litigation of this matter.

1    Accordingly, the assistance required from the Superior Court in Québec is to order the
2 attendance of Monsieur Poirier to be subject to an examination under oath and to be recorded on
3 videotape. This testimony could then be used as evidence at trial, which is most important since
4 the parties cannot compel Monsieur Poirier to appear at trial in the United States. Therefore, this
5 request is being made to secure non-privileged testimony from Monsieur Poirier, since it is related
6 to the current action before this Court and appropriately taken to aid the resolution of this matter.
7 Further, this request includes any relevant written records Monsieur Poirier may have in his
8 possession.
9    The subject matter on which Monsieur Poirier is to be questioned includes:
10    - Mines' relationship with Flintkote and Flintkote Canada during the relevant period;
11    - Mines' production of asbestos fiber during the relevant period and where it was
12      distributed;
13    - Mines' function in providing asbestos fiber to Flintkote that was not mined at the
14      Thetford Mines facility; and
15    - Monsieur Poirier's knowledge of such other facts that may be related to the
16      foregoing matters or that arise therefrom.
17    In order to minimize the burden on Monsieur Poirier and the person authorized to take his
18 testimony under the laws of Québec, the parties have agreed that the deposition will consist of no
19 more than six hours (three hours allotted to Flintkote, three hours allotted to Aviva).
20
21    **THEREFORE**, this Court respectfully requests that the Superior Court of the Province of
22 Québec, Canada make an order, *inter alia*, pursuant to the Québec Special Procedures Act:
23    (1)    Causing Monsieur Poirier to be summoned to attend an examination under oath at a
24 time and place you determine before a person authorized to administer oaths and preside over the
25 examination;
26    (2)    Permitting Monsieur Poirier to be examined by counsel for Flintkote and Aviva on
27 the subject matters listed above, allowing examination and cross-examination pursuant to the
28 United States Federal Rules of Civil Procedure;

REQUEST FOR JUDICIAL ASSISTANCE
Case No. C 04-01827 MHP                     - 3 -

(3)   Permitting the examination to be videotaped and a verbatim transcript of the examination to be taken; and

(4)   Causing Monsieur Poirier to produce documents relevant to the subject matter areas listed above, if any such documents are within his possession, custody, or control.

WITNESS the signature and seal of The Honorable Marilyn Hall Patel, United States District Judge, United States District Court for the District of Northern California, San Francisco Division, this 8th day of August 2005.

_____
The Honorable Marilyn Hall Patel
United States District Judge