JUDITH GOLD, State Bar No. 61291
LYNBERG & WATKINS
A Professional Corporation
888 South Figueroa Street, 16th Floor
Los Angeles, California 90017
Telephone No.: (213) 624-8700
Facsimile No.: (213) 892-2763
e-mail: jgold@lynberg.com
Attorneys for AVIVA INSURANCE COMPANY OF CANADA

Michael Feiner, State Bar No. 207312
IRELL & MANELLA LLP
840 Newport Circle Drive, Suite 400
Newport Beach, CA 92660
Telephone No.: (949) 760-0991
Facsimile No.: (949) 760-5200
e-mail: mfehner@irell.com
Attorneys for THE FLINTKOTE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and Does ONE through TEN,<br><br>Defendants.<br><br>_____ | Case No. C 04-01827 MHP ARB<br><br>**REQUEST FOR STIPULATION TO EXTEND TIME TO OPPOSE AND REPLY TO PLAINTIFF THE FLINTKOTE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: INCLUSION OF THE FLINTKOTE COMPANY AS A NAMED INSURED UNDER POLICY NO. L 90-5010 AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DEFINITION OF OCCURRENCE UNDER POLICY NO. L 90-5010; DECLARATION OF JUDITH GOLD, STIPULATION OF ALL PARTIES; [PROPOSED] ORDER THEREON**<br><br>**Date: November 7, 2005**<br>**Time: 2:00 p.m.**<br>**Judge: Hon. Marilyn H. Patel**<br>**Place: Courtroom 15, 18th Floor** |

The parties, AVIVA INSURANCE COMPANY OF CANADA, by and through its attorney, Judith Gold, and THE FLINTKOTE COMPANY, by

-1-

**STIPULATION TO EXTEND TIME**
No. C 04-01827 MHP ARB

1  and through its attorney, Michael Fehner, respectfully request
2  extensions within which defendant AVIVA INSURANCE COMPANY OF
3  CANADA may oppose plaintiff's (1) Motion for Partial Summary
4  Judgment Re: Inclusion of the Flintkote Company as a Named
5  Insured under Policy No. L 90-5010, and (2) Motion for Partial
6  Summary Judgment Re: Definition of Occurrence under Policy No.
7  L 90-5010, and within which plaintiff THE FLINTKOTE COMPANY may
8  file and serve its replies.
9      The requests for extensions are necessitated by the fact
10 that preparation of the oppositions has consumed more time than
11 Aviva's counsel anticipated.  Given that Monday, October 10,
12 2005, is Canada's Thanksgiving, the defendants, who are in
13 Canada, will not have an opportunity to review the oppositions
14 until Tuesday, October 11, 2005, and to provide input.  One full
15 day to make requested changes would be appreciated, as more fully
16 detailed in the Declaration of Judith Gold filed herewith.
17     Defendant AVIVA INSURANCE COMPANY OF CANADA requests that
18 its oppositions to the two motions for partial summary judgment
19 be calendared as due on Thursday, October 13, 2005.
20     Plaintiff THE FLINTKOTE COMPANY requests that its replies to
21 defendant's oppositions to the two motions for partial summary
22 judgment be calendared to be due on Friday, October 28, 2005.
23 This request also enlarges THE FLINTKOTE COMPANY's reply time as
24 to which defendant has no objection.  If the Court desires more
25 time to review the papers before the hearing scheduled for
26 Monday, November 7, Flintkote would be able to file its reply
27 materials on Wednesday, October 26 (adding the-two day extension
28 for the oppositions on to the previously scheduled reply date of

-2-

**STIPULATION TO EXTEND TIME**

No. C 04-01827 MHP ARB

1  Monday, October 24).
2      The request is supported by the Declaration of Judith Gold,
3  and the Stipulation of the parties attached hereto.
4
5  DATED: October 7, 2005        LYNBERG & WATKINS
6
7                                By:  /s/ Judith Gold
                                       JUDITH GOLD
8                                      Attorneys for Defendant AVIVA
                                       INSURANCE COMPANY OF CANADA
9

-3-

**STIPULATION TO EXTEND TIME**

No. C 04-01827 MHP ARB

**DECLARATION OF JUDITH GOLD**

I, JUDITH GOLD, do hereby declare:

That I am an attorney at law admitted to practice in all of the courts of the State of California, the United States District Court for the Southern, Central and Northern Districts of California, the Ninth District Court of Appeal, and the Supreme Court of the United States; that I am the attorney representing the defendant AVIVA INSURANCE COMPANY OF CANADA, in the above-referenced matter; and am familiar with the facts herein. If called upon to testify as to the matters which follow, I could and would do so of my own personal knowledge, competently and under oath.

1. I make this declaration in support of a request for a two-day extension of time within which defendant AVIVA INSURANCE COMPANY OF CANADA may oppose plaintiff's Motion for Partial Summary Judgment Re: Inclusion of the Flintkote Company as a Named Insured under Policy No. L 90-5010, and plaintiff's Motion for Partial Summary Judgment Re: Definition of Occurrence under Policy No. L 90-5010.

2. This request is necessitated by the fact that preparation of the oppositions has consumed far more time that I anticipated. My client is in Canada, and due to the October 10, 2005 Thanksgiving, my client will not have an opportunity to review the oppositions until Tuesday, October 11, 2005. I would appreciate a day's time to make any changes or corrections requested by the client.

3. I have conferred with Michael Fehner, counsel for

-4-

**STIPULATION TO EXTEND TIME**

No. C 04-01827 MHP ARB

plaintiff, THE FLINTKOTE COMPANY, who has agreed to this brief extension.

4. Subject to the Court's approval, I request that THE FLINTKOTE COMPANY's reply be calendared as due on October 28, 2005. This would allow for two more days for the replies than previously contemplated. However, Flintkote's counsel has informed me that if the Court wishes, it will abide by the previously scheduled time for its replies, adding only the 2 days requested by Defendant for its oppositions, so that the reply materials would be due Wednesday, October 26.

5. Defendant AVIVA INSURANCE COMPANY OF CANADA's oppositions to the two motions for partial summary judgment are requested to be calendared as due on Thursday, October 13, 2005.

6. Plaintiff THE FLINTKOTE COMPANY's reply to defendant's oppositions to the two motions for partial summary judgment are requested to be calendared as due on Friday, October 28, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of October, 2005.

                    /s/ Judith Gold
                    JUDITH GOLD

-5-

**STIPULATION TO EXTEND TIME**

No. C 04-01827 MHP ARB

**STIPULATION**

IT IS HEREBY STIPULATED by and between all affected parties, through their counsel as follows:

1. Defendant AVIVA INSURANCE COMPANY OF CANADA's oppositions to the two motions for partial summary judgment would be due on Thursday, October 13, 2005.

2. Plaintiff THE FLINTKOTE COMPANY's reply to defendant's oppositions to the two motions for partial summary judgment would be due on Friday, October 28, 2005. However, if the Court wishes, Flintkote will abide by the previously scheduled time for its replies, adding only the 2 days requested by defendant for its oppositions, so that the reply materials would be due Wednesday, October 26, 2005.

Counsel for both parties have reviewed this Stipulation and Proposed Order, and affix their electronic signatures below.

DATED: October 7, 2005         LYNBERG & WATKINS

                               By: /s/ Judith Gold
                                   JUDITH GOLD
                                   Attorneys for Defendant AVIVA
                                   INSURANCE COMPANY OF CANADA

DATED: October 7, 2005         IRELL & MANELLA LLP

                               By: /s/ Michael Fehner
                                   MICHAEL FEHNER
                                   Attorneys for THE FLINTKOTE
                                   COMPANY

-6-

**STIPULATION TO EXTEND TIME**
No. C 04-01827 MHP ARB

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | Defendant AVIVA INSURANCE COMPANY OF CANADA's oppositions to |
| 4 | the two motions for partial summary judgment are due on Thursday, |
| 5 | October 13, 2005. |
| 6 | Plaintiff THE FLINTKOTE COMPANY's replies to defendant's |
| 7 | oppositions to the two motions for partial summary judgment are |
| 8 | due on Friday, October 28, 2005. |
| 10 | DATE: October 11, 2005 |
| 12 | _____ |
| | UNITED STATES DISTRICT JUDGE |
| | *Judge Marilyn H. Patel* |
| 17 | *The hearing, currently on calendar for 11/7/2005, is hereby rescheduled for 11/14/2005 at 2:00 p.m. |

-7-

**STIPULATION TO EXTEND TIME**

No. C 04-01827 MHP ARB