MAR-10-2006  16:26     ROBINSON & WOOD, INC.                    408 298 0477   P.02/07

Jesse F. Ruiz, Esq. [SB# 77984]
John L. Winchester, III [SB# 142175]
Bonnie M. Ross [SB# 178591]
ROBINSON & WOOD, INC.
227 North First Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477
E-Mail:   jfr@robinsonwood.com
          jlw@robinswood.com
          bmr@robinsonwood.com

Judith Gold, Esq. [SB# 61291]
LYNBERG & WATKINS
A Professional Corporation
888 South Figueroa Street, 16th Floor
Los Angeles, California 90017
Telephone: (213) 624-8700
Facsimile: (213) 892-2763

Attorneys for Defendant
AVIVA INSURANCE COMPANY OF CANADA
(erroneously sued and served herein as
GENERAL ACCIDENT ASSURANCE COMPANY
OF CANADA, a Canada insurance company)

FILED
MAR 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and Does ONE through TEN,<br><br>Defendants. | Case No. C 04-01827 MHP ARB<br><br>**APPLICATION FOR ASSOCIATION OF COUNSEL**<br><br>**BY FAX** |

TO: ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the following attorney is hereby associated in as counsel of record for AVIVA INSURANCE COMPANY OF CANADA (erroneously sued and served herein as GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company) in the above-entitled case:

> Jesse F. Ruiz, Esq. [SB# 77984]
> John L. Winchester, III, Esq. [SB# 142175]
> Bonnie R. Ross, Esq. [SB# 178591]
> ROBINSON & WOOD, INC.
> 227 North First Street
> San Jose, CA 95113
> Telephone: (408) 298-7120
> Facsimile: (408) 298-0477
> E-Mail: jfr@robinsonwood.com
> jlw@robinsonwood.com
> bmr@robinsonwood.com

We consent to the foregoing association.

DATED:_____     LYNBERG & WATKINS

By:_____
Judith Gold
Attorneys for AVIVA INSURANCE COMPANY OF CANADA (erroneously sued and served herein as GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company)

We accept the forgoing association and I declare that I am duly admitted to practice in this District pursuant to Local Rule 11-1.

DATED: 3/10/06      ROBINSON & WOOD, INC.

By:_____
John L. Winchester, III, Esq.,
Attorneys for AVIVA INSURANCE COMPANY OF CANADA (erroneously sued and served herein as GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company)

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

2

ASSOCIATION OF COUNSEL                                    CASE NO.: C04-00712

10330357.tif - 3/10/2006 4:33:40 PM

MAR-10-2006  16:26        ROBINSON & WOOD, INC.              408 298 0477    P.04/07
03/10/2006 14:28 FAX 213 882 2763       LYNBERG & WATKINS                    ☒003/004

1  TO: ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE THAT the following attorney is hereby associated in as

3  counsel of record for AVIVA INSURANCE COMPANY OF CANADA (erroneously

4  sued and served herein as GENERAL ACCIDENT ASSURANCE COMPANY OF

5  CANADA, a Canada insurance company) in the above-entitled case:

6      Jesse F. Ruiz, Esq. [SB# 77984]
    John L. Winchester, III, Esq. [SB# 142175]
7      Bonnie R. Ross, Esq. [SB# 178591]
    ROBINSON & WOOD, INC.
8      227 North First Street
    San Jose, CA 95113
9      Telephone: (408) 298-7120
    Facsimile: (408) 298-0477
10     E-Mail: jfr@robinsonwood.com
    jlw@robinsonwood.com
11     bmr@robinsonwood.com

12      We consent to the foregoing association.

13 DATED: March 10, 2006       LYNBERG & WATKINS

14

15
                                By: _____
16                                  Judith Gold
                                    Attorneys for AVIVA INSURANCE
17                                  COMPANY OF CANADA (erroneously
                                    sued and served herein as GENERAL
18                                  ACCIDENT ASSURANCE COMPANY
                                    OF CANADA, a Canada insurance
19                                  company)

20      We accept the forgoing association and I declare that I am duly admitted to

21 practice in this District pursuant to Local Rule 11-1.

22 DATED: _____        ROBINSON & WOOD, INC.

23

24
                                By: _____
25                                  John L. Winchester, III, Esq.,
                                    Attorneys for AVIVA INSURANCE
26                                  COMPANY OF CANADA (erroneously
                                    sued and served herein as GENERAL
27                                  ACCIDENT ASSURANCE COMPANY
                                    OF CANADA, a Canada insurance
28                                  company)

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

2

ASSOCIATION OF COUNSEL                                    CASE NO.: C04-00712

10330357.tif - 3/10/2006 4:33:40 PM

## ORDER

Association of counsel is hereby approved.

DATED: 3/14/06

HON. MARILYN HALL PATEL
United States District Judge
Northern District of California

Robinson & Wood, Inc.
127 North First Street
San Jose, CA 95113
(408) 298-7120

3

ASSOCIATION OF COUNSEL                                    CASE NO.: C04-00712

10330357.tif - 3/10/2006 4:33:40 PM