1  IRELL & MANELLA LLP
   Marc S. Maister (SBN 155980) (mmaister@irell.com)
2  Michael Fehner (SBN 207312) (mfehner@irell.com)
   840 Newport Center Drive, Suite 400
3  Newport Beach, CA 92660-6324
   Telephone: (949) 760-0991
4  Facsimile: (949) 760-5200

5  Attorneys for Plaintiff
   The Flintkote Company
6

   LYNBERG & WATKINS, A P.C.
7  Judith R. Gold (SBN 61291) (jgold@lynberg.com)
   888 S. Figueroa St., 16th Floor
8  Los Angeles, CA 90017
   Telephone: (213) 624-8700
9  Facsimile: (213) 892-2763

10 ROBINSON & WOOD, INC.
   John L. Winchester III (SBN 142175) (JLW@robinsonwood.com)
11 227 North First Street
   San Jose, CA 95113
12 Telephone: (408) 298-7120
   Facsimile: (408) 298-0477
13
   Attorneys for Defendant Aviva Insurance
14 Company of Canada

15
                       UNITED STATES DISTRICT COURT
16
                     NORTHERN DISTRICT OF CALIFORNIA
17
                          SAN FRANCISCO DIVISION
18

19 THE FLINTKOTE COMPANY, a Delaware       )  Case No. C 04-01827 MHP
   corporation,                            )
20                                         )
                 Plaintiff,                )
21                                         )
          vs.                              )
22                                         )
   GENERAL ACCIDENT ASSURANCE              )  **STIPULATION AND [PROPOSED]**
23 COMPANY OF CANADA, a Canada             )  **ORDER REGARDING PLAINTIFF'S**
   insurance company; GENERAL ACCIDENT     )  **FIRST AMENDED COMPLAINT; FIRST**
24 FIRE AND LIFE ASSURANCE                 )  **AMENDED COMPLAINT**
   CORPORATION LIMITED OF PERTH,           )
25 SCOTLAND, a Scotland insurance company; )  **Judge: Judge Marilyn H. Patel**
   and DOES ONE through TEN,               )  **Ctrm: 15, 18th floor**
26                                         )
                 Defendants.               )
27                                         )
   ────────────────────────────────────────)
28

STIPULATION/ORDER RE: 1ST AMENDED COMPLAINT
(Case No C 04-01827 MHP)
1484464v1

## STIPULATION

Plaintiff The Flintkote Company ("Flintkote") and defendant Aviva Insurance Company of Canada ("Aviva"), by and through their counsel, submit this Stipulation and [Proposed] Order Regarding Plaintiff's First Amended Complaint ("Stipulation").

As discussed with the Court at the status conference on March 20, Flintkote has prepared a First Amended Complaint for Declaratory Relief and Breach of Contract ("First Amended Complaint"). The form of the First Amended Complaint was submitted with Flintkote's Status Conference Update on April 3. It has been shared with counsel for Aviva, as discussed at the status conference and as reported in Flintkote's Status Conference Update, and counsel for both parties have now agreed to this Stipulation. The First Amended Complaint clarifies that Flintkote is seeking a declaration of coverage as to pending and future claims (while seeking breach of contract damages for past claims), and makes other clarifications, including technical modifications to comply with the Civil Local Rules of the Northern District (as Flintkote's original complaint was initially filed in San Francisco Superior Court and was removed to this Court by Aviva).

WHEREFORE, Flintkote requests that the First Amended Complaint in the form submitted herewith be filed as the operative complaint in the above-numbered action.

Counsel for both parties affix their electronic signatures below.

Respectfully submitted,

Dated: April 24, 2006                    IRELL & MANELLA LLP


By: /s/ Michael Fehner
Michael Fehner
Attorneys for Plaintiff
The Flintkote Company

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION/ORDER RE: 1ST AMENDED COMPLAINT
(Case No C 04-01827 MHP)

- 1 -

| | | |
|---|---|---|
| 1 | Dated: April 24, 2006 | ROBINSON AND WOOD, INC. |

By: /s/ John L. Winchester III
John L. Winchester III
Attorneys for Defendant Aviva Insurance
Company of Canada

## ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's First Amended Complaint for Declaratory Relief and Breach of Contract, in the form submitted with this Stipulation, is accepted and deemed filed as the operative complaint in this matter.

Dated: April 26, 2006

The Hon. Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION/ORDER RE: 1ST AMENDED COMPLAINT
(Case No C 04-01827 MHP)

- 2 -

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On April 24, 2006, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT** on each interested party, as follows:

> John L. Winchester III
> Robinson & Wood, Inc.
> 227 North First Street
> San Jose, CA 95113
>
> Facsimile: (408) 298-0477
>
> Judith R. Gold, Esq.
> Lynberg & Watkins, A.P.C.
> 888 S. Figueroa Street, 16th Floor
> Los Angeles, CA 90017
>
> Facsimile: (213) 892-2763

☐ **(BY FAX)** I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown above.

☒ **(BY MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on April 24, 2006, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Bonnie Blythe | _Bonnie Blythe_ |
| --- | --- |
| (Type or print name) | (Signature) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION/ORDER RE: 1ST AMENDED COMPLAINT
(Case No C 04-01827 MHP)

- 3 -