1  Jesse F. Ruiz  [SB# 77984]
   Bonnie M. Ross [SB# 178591]
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, California 95113
   Telephone:  (408) 298-7120
4  Facsimile:   (408) 298-0477
   E-Mail:      jfr@robinsonwood.com
5               bmr@robinsonwood.com

6  Judith Gold  [SB# 61291]
   LYNBERG & WATKINS
7  A Professional Corporation
   888 South Figueroa Street, 16th Floor
8  Los Angeles, California  90017
   Telephone: (213) 624-8700
9  Facsimile: (213) 892-2763

10 Attorneys for Defendant
   AVIVA INSURANCE COMPANY OF CANADA
11 (erroneously sued and served herein as
   GENERAL ACCIDENT ASSURANCE COMPANY
12 OF CANADA, a Canada insurance company)

13

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and Does ONE through TEN,<br><br>    Defendants. | Case No. C 04-01827 MHP ARB<br><br>**APPLICATION AND STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

APPLICATION AND STIPULATION FOR SUBSTITUTION OF ATTORNEYS         CASE NO.: C04-00712
1

TO: ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

It is hereby stipulated and consented that Robinson & Wood, Inc., Attorneys at Law, of 227 North First Street, San Jose, California 95113, be and hereby are substituted in place and instead of Lynberg & Watkins, Attorneys at Law, of 888 South Figueroa Street, 16th Floor, Los Angeles, California 90017, as attorneys for the defendant AVIVA INSURANCE COMPANY OF CANADA (erroneously sued and served herein as GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company) in the above-entitled action. The undersigned respectfully request an order from the court approving and entering this substitution.

AVIVA INSURANCE COMPANY OF CANADA

Dated: 7-10-06       By: _____
Karin Ots, B.P.H.E., LL.B.
Vice President, BI/Casualty Claims
AVIVA CANADA INC.

ROBINSON & WOOD, INC.

Dated: 6-19-06       By: _____
Jesse F. Ruiz
Bonnie Margaret
Attorneys for Defendant
AVIVA INSURANCE COMPANY OF CANADA

LYNBERG & WATKINS

Dated: 6-21-06       By: _____
Judith Gold
Attorneys for AVIVA INSURANCE COMPANY OF CANADA

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

APPLICATION AND STIPULATION FOR SUBSTITUTION OF ATTORNEYS         CASE NO.: C04-00712

2

## ORDER APPROVING APPLICATION FOR SUBSTITUTION

The above (attached) application re substitution of attorneys is approved.

IT IS SO ORDERED.

Dated: July 14, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

APPLICATION AND STIPULATION FOR SUBSTITUTION OF ATTORNEYS     CASE NO.: C04-00712