Jesse F. Ruiz [SB# 77984] (jfr@robinsonwood.com)
Bonnie M. Ross [SB# 178591] (bmr@robinsonwood.com)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant
AVIVA INSURANCE COMPANY OF CANADA
(erroneously sued and served herein as
GENERAL ACCIDENT ASSURANCE COMPANY
OF CANADA, a Canada insurance company)

Marc S. Maister [SB 155980] (mmaister@irell.com)
Michael Fehner [SB 207312] (mfehner@irell.com)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92600-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiff
THE FLINTKOTE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and Does ONE through TEN,<br><br>Defendants. | Case No. C 04-01827 MHP<br><br>**Stipulation to Extend Deadlines**<br><br>Assigned Judge: Marilyn Hall Patel |

Defendant Aviva Insurance Company of Canada and plaintiff The Flintkote Company, by and through their counsel, submit the following stipulation and respectfully request the Court's order approving the stipulation.

Current Schedules and Deadlines

At the Court's March 20, 2006 Status Conference, counsel Michael Fehner appeared for The Flintkote Company and counsel John L. Winchester appeared (for the first time) for defendant. The Court set the following dates:

- Statement of Issues for Summary Adjudication: August 25, 2006
- Opening Summary Adjudication Briefs on liability issues: September 18, 2006
- Opposition Summary Adjudication Briefs: October 2, 2006
- Hearing on Summary Adjudication Motions: October 16, 2006.

At the Status Conference, the Court indicated that should counsel require an extension of these deadlines, they should attempt to work out a stipulation.

Subsequent Developments

Robinson & Wood, Inc. substituted in as counsel for defendant with the Court's approval on July 14, 2006. Before the firm's substitution, defendant was represented by the firm of Lynberg & Watkins. Since the transfer of the case files to Robinson & Wood, counsel at Robinson & Wood located in Canada approximately 28 boxes of documents that are potentially responsive to plaintiff's requests for production of documents. In the first week of June, 2006, one of the attorneys primarily responsible for the case, John L. Winchester, left Robinson & Wood. Very shortly thereafter, counsel Bonnie Margaret Ross joined the Aviva defense team. Ms. Ross immediately sent the 28 boxes of potentially responsive documents, plus the approximately 9 boxes of Flintkote's production, to a vendor for bates stamping and scanning. Delays were encountered with the stamping and scanning due to the poor quality of some of the original documents, but it was eventually completed and the material from Canada became available for review by defense counsel on July 28, 2006. Aviva served on Flintkote a small production of documents that had previously been withheld from production on privilege and non-responsiveness grounds

on July 28, 2006. Defense counsel has provided Flintkote with an estimated date of August 11, 2006 for production of responsive material from the 28 boxes that originated in Canada.

Meanwhile, plaintiffs and defense counsel scheduled depositions of Aviva personnel for August 14 through 16 in Toronto, Canada. To avoid embarking upon depositions in Toronto before responsive documents have been produced, and to avoid multiple deposition sessions with the same witnesses, defense counsel requested, and plaintiff's counsel agreed to, an extension of four weeks for all currently-scheduled deadlines. The depositions scheduled for August will be rescheduled for September. The extension will enable defense counsel to complete their review of the material from Canada, produce it to plaintiff, and give plaintiff the opportunity to review it before the depositions. Both parties agree that the depositions of Aviva personnel in Toronto are necessary before the parties can prepare their Summary Adjudication motions on liability issues.

Stipulation

Counsel for the parties therefore stipulate to extend the deadlines for submissions to the court, and hearing date on Summary Adjudication motions, as follows:

- Statement of Issues for Summary Adjudication: September 1, 2006
- Opening Summary Adjudication Briefs on liability issues: October 16, 2006
- Opposition Summary Adjudication Briefs: October 30, 2006
- Hearing on Summary Adjudication Motions: November 13, 2006.

///
///
///
///
///
///
///

1  Counsel for both parties affix their electronic signatures below.

2  SO STIPULATED:

3  DATED: Aug. 8, 2006                ROBINSON & WOOD, INC.

6  By: *Bonnie Margaret Ross*
        Jesse F. Ruiz
7       Bonnie Margaret Ross
        Attorneys for Defendant
8       Aviva Insurance Company of Canada

9  SO STIPULATED:

10 DATED: _____, 2006               IRELL & MANELLA LLP

13 By: _____
        Michael Fehner
14      Attorneys for Plaintiff
        The Flintkote Company

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

Stipulation to Extend Deadlines                    Page 4          CASE NO.: C 04-01827

1  Counsel for both parties affix their electronic signatures below.

2  SO STIPULATED:

3  DATED:_____, 2006            **ROBINSON & WOOD, INC.**

6                                  By:_____
7                                      Jesse F. Ruiz
                                        Attorneys for Defendant
                                        Aviva Insurance Company of Canada
8

9  SO STIPULATED:

10 DATED: Aug. 7, 2006              **IRELL & MANELLA LLP**

12                                  By: _____
13                                      Michael Fehner
                                        Attorneys for Plaintiff
14                                      The Flintkote Company

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

Stipulation to Extend Deadlines                                  Page 4

# ORDER APPROVING STIPULATION TO EXTEND DEADLINES

The above (attached) Stipulation to Extend Deadlines is approved. The Court hereby orders the following briefing schedule:

- Statement of Issues for Summary Adjudication: September 1, 2006
- Opening Summary Adjudication Briefs on liability issues: October 16, 2006
- Opposition Summary Adjudication Briefs: October 30, 2006
- Hearing on Summary Adjudication Motions: November 13, 2006.

IT IS SO ORDERED.

Dated:  _____           By: _____
                                     MARILYN HALL PATEL
                                     United States District Judge