1  Jesse F. Ruiz [SBN 77984] (jfr@robinsonwood.com)
   Bonnie M. Ross [SBN 178591] (bmr@robinsonwood.com)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113-1016
   Telephone:  (408) 298-7120
4  Facsimile:  (408) 298-0477

5  Attorneys for Defendant
   AVIVA INUSRANCE COMPANY OF CANADA
6
   Marc S. Maister [SB 155980] (mmaister @irell.com)
7  Michael Fehner [SB 207312] (mfehner @irell.com)
   IRELL & MANELLA LLP
8  840 Newport Center Drive, Suite 400
   Newport Beach, CA 92600-6324
9  Telephone: (949) 760-0991
10 Facsimile: (949) 760-5200

11 Attorneys for Plaintiff
   THE FLINTKOTE COMPANY
12

13                     UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation, | Case No. C 04-01827 MHP |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINES** |
| GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FORE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES 1 through 10, | |
| Defendants. | |

-2-

Defendant Aviva Insurance Company of Canada and plaintiff The Flintkote Company, by and through their counsel, submit the following stipulation and respectfully request the Court's order approving the stipulation.

Current Schedules and Deadlines

By stipulation and order entered on August 10, 2006, the Court approved the following schedule for this matter:

! Statement of Issues for Summary Adjudication: September 1, 2006

! Opening Summary Adjudication Briefs on liability issues: October 16, 2006

! Opposition Summary Adjudication Briefs: October 30, 2006

! Hearing on Summary Adjudication Motions: November 13, 2006.

Relevant History and Developments

This is an insurance coverage action involving hundreds of thousands of past and pending asbestos claims, and a declaration of coverage as to future claims. The current deadlines were an extension of deadlines set by the Court on March 20, 2006. The extension was based upon the recognition by both parties that the completion of depositions of Aviva's personnel in Toronto, Canada, is necessary before all issues appropriate for Summary Adjudication can be fully presented to the Court and supported with competent evidence. Both parties also agreed that it was advantageous to take the depositions after Aviva had fully completed its production of documents.

Flintkote requested that Aviva complete its production approximately two weeks before the Toronto depositions were to take place, to ensure adequate time to review the documents produced. Aviva agreed. The last day to have produced documents was August 28, 2006. Despite devoting all available resources to the document review and production effort, Aviva's counsel was not able to meet this deadline, for several reasons. Aviva's production is being made

from approximately 28 boxes of documents. As the document review progressed, several CD's of material, each containing thousands of pages of images, were discovered in the boxes, which then had to be printed, stamped, scanned, and reviewed for production. This greatly increased the volume of documents to be reviewed. In addition, the bulk of the documents is made up of letters informing insurers of asbestos lawsuits filed against Flintkote, and enclosing pleadings. These letters and pleadings were in the custody of Aviva's prior Canadian counsel, and the claims letters are mixed among attorney-client correspondence. Moreover, approximately half the material has attorney notes, which must be reviewed for work product and redacted by Aviva's current counsel. The need to review each file page-by-page, rather than being able to produce entire files, has significantly increased the amount of time needed to complete the production. Nevertheless, Aviva has made two electronic productions to Flintkote in August 2006, comprising 5,250 pages. Aviva will produce an additional 7,000 pages by September 1.

Aviva's counsel anticipates that its entire production of documents can be completed by September 18, 2006. At Aviva's request, Flintkote has agreed to extend the previously-set briefing and hearing schedule to allow Aviva additional time to complete its production and allow for its review by Flintkote's counsel before the depositions, although Flintkote reserves all rights with respect to the documents and deponents.

An extension of deadlines will benefit both parties because it will minimize the chances counsel will need to make multiple trips to Toronto to take depositions. It will promote judicial economy because the issues for Summary Adjudication will be well-defined and well-supported based upon all the available evidence after the parties are permitted to complete the discovery as herein requested.

///

-**3**-

STIPULATION TO EXTEND DEADLINES                                       Case No: C 04-01827

Stipulation

    Counsel for the parties therefore stipulate to extend the deadlines for submissions to the court, and hearing date on Summary Adjudication motions, as follows:

    ! Statement of Issues for Summary Adjudication: September 5, 2006

    ! Opening Summary Adjudication Briefs on liability issues: November 13, 2006

    ! Opposition Summary Adjudication Briefs: November 27, 2006

    ! Hearing on Summary Adjudication Motions: December 11, 2006.

Accordingly, the parties respectfully request that the court approve their stipulation and order an extension of the existing deadlines.

    Counsel for both parties affix their electronic signatures below.

SO STIPULATED:

DATED: August 30, 2006                                        **ROBINSON & WOOD, INC.**

                                                                            By:_____//s//_____
                                                                               Jesse F. Ruiz
                                                                               Bonnie Margaret Ross
                                                                               Attorneys for Defendant
                                                                               Aviva Insurance Company of Canada

SO STIPULATED:

DATED: August 30, 2006                                        **IRELL & MANELLA LLP**

                                                                            By:_____//s//_____
                                                                               Michael Fehner
                                                                               Attorneys for Plaintiff
                                                                               The Flintkote Company

**ORDER APPROVING STIPULATION TO EXTEND DEADLINES**

The above (attached) Stipulation to Extend Deadlines is approved. The Court hereby orders the following briefing schedule:

- Statement of Issues for Summary Adjudication: September 5, 2006
- Opening Summary Adjudication Briefs on liability issues: November 13, 2006
- Opposition Summary Adjudication Briefs: November 27, 2006
- Hearing on Summary Adjudication Motions: December 11, 2006.

IT IS SO ORDERED.

Dated: August 31, 2006        By: _____
                                  Judge Marilyn H. Patel

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED]*

ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120

-5-

STIPULATION TO EXTEND DEADLINES                                    Case No: C 04-01827