1  Jesse F. Ruiz [SBN 77984] (jfr@robinsonwood.com)
   Bonnie M. Ross [SBN 178591] (bmr@robinsonwood.com)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113-1016
   Telephone: (408) 298-7120
4  Facsimile: (408) 298-0477

5  Attorneys for Defendant
   AVIVA INUSRANCE COMPANY OF CANADA
6
   Marc S. Maister [SB 155980] (mmaister @irell.com)
7  Michael Fehner [SB 207312] (mfehner @irell.com)
   IRELL & MANELLA LLP
8  840 Newport Center Drive, Suite 400
   Newport Beach, CA 92600-6324
9  Telephone: (949) 760-0991
10 Facsimile: (949) 760-5200

11 Attorneys for Plaintiff
   THE FLINTKOTE COMPANY
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation, | Case No. C 04-01827 MHP |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR BRIEFING AND HEARING ON MOTION TO AMEND** |
| GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FORE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES 1 through 10, | **Date:  January 29, 2007** <br> **Time:  2:00 p.m.** <br><br> **Hon. Marilyn H. Patel** <br> **Courtroom 15, 18th Floor** |
| Defendants. | |

Defendant Aviva Insurance Company of Canada and plaintiff The Flintkote Company, by and through their counsel, submit the following stipulation:

-1-

Plaintiff Flintkote has filed a Motion to For Leave to File a Second Amended Complaint, which is set for hearing on January 29, 2007. Defendant Aviva's Opposition is due on January 8, 2007. Counsel for Aviva will be engaged in a trial in Monterey County starting on January 8, 2007. Consequently, Aviva has requested, and Flintkote has agreed, to continue the hearing and extend the time for Aviva to file its Opposition. The parties therefore agree and stipulate to the following schedule:

1. Aviva's Opposition to be filed and served: January 22, 2007.

2. Flintkote's Reply to be filed and served: January 29, 2007.

3. Hearing on Flintkote's Motion to Amend First Amended Complaint: February 12, 2007.

Counsel for both parties affix their electronic signatures below.

SO STIPULATED:

DATED: January 3, 2007                         **ROBINSON & WOOD, INC.**


By:_____//s//_____
   Bonnie Margaret Ross
   Attorneys for Defendant
   Aviva Insurance Company of Canada


SO STIPULATED:

DATED: January 3, 2006                         **IRELL & MANELLA LLP**


By:_____//s//_____
   Michael Fehner
   Attorneys for Plaintiff
   The Flintkote Company



UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

Dated: 1/5/07