1 | Jesse F. Ruiz [SB# 77984]
2 | Bonnie M. Ross [SB# 178591]
    | Helen H. Chen [SB# 213150]
    | ROBINSON & WOOD, INC.
3 | 227 North First Street
    | San Jose, California 95113
4 | Telephone: (408) 298-7120
    | Facsimile: (408) 298-0477
5 | E-Mail: jfr@robinsonwood.com
    | bmr@robinsonwood.com
6 | hhc@robinsonwood.com

7 | Attorneys for Defendant
    | AVIVA INSURANCE COMPANY OF CANADA
8 | (erroneously sued and served herein as
    | GENERAL ACCIDENT ASSURANCE COMPANY
9 | OF CANADA, a Canada insurance company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE FLINTKOTE COMPANY, a Delaware Corporation, | ) Case No. C 04-01827 MHP |
|---|---|
| Plaintiff, | ) |
| v. | ) ~~PROPOSED~~ ORDER FOR THE ISSUANCE OF LETTERS |
| GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN, | ) Assigned Judge: Hon. Marilyn Hall Patel<br>) Assigned Dept: 15 |
| Defendants. | ) |

Having considered the foregoing Application and the matters stated therein, IT IS HEREBY GRANTED:

An order to issue Letter Rogatory including Exhibits A & B, directed to the appropriate judicial authority in Canada requesting Marsh Canada Limited, located at

1

1  BCE Place, 161 Bay Street, Toronto, Ontario, M5J 2S4, Canada, to produce its files for

2  Policies Nos. L. 90-5010, C.L.2037, L.6265, L 90-4672, which were issued by The

3  General Accident Assurance Company to The Flintkote Company of Canada Limited

4

5  and/or The Flintkote Mines Limited.

6

7

8  DATED: March __8__, 2007        By:_____

9                                      THE HON. MARILYN HALL PATEL

                                    United States District Judge



*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Robinson & Wood, Inc.
227 North First Street
San Jose, CA  95113
(408) 298-7120