1  Jesse F. Ruiz [SB# 77984]
   Bonnie M. Ross [SB# 178591]
2  Helen H. Chen [SB# 213150]
   ROBINSON & WOOD, INC.
3  227 North First Street
   San Jose, California 95113
4  Telephone: (408) 298-7120
   Facsimile: (408) 298-0477
5  E-Mail:    jfr@robinsonwood.com
              bmr@robinsonwood.com
6             hhc@robinsonwood.com

7  Attorneys for Defendant
   AVIVA INSURANCE COMPANY OF CANADA
8  (erroneously sued and served herein as
   GENERAL ACCIDENT ASSURANCE COMPANY
9  OF CANADA, a Canada insurance company)

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  THE FLINTKOTE COMPANY, a Delaware Corporation, | Case No. C 04-01827 MHP |
| 16  | |
| 17  Plaintiff, | **~~PROPOSED~~ ORDER FOR THE ISSUANCE OF LETTERS** |
| 18  v. | |
| 19  GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN, | Assigned Judge: Hon. Marilyn Hall Patel
Assigned Dept: 15 |
| 23  Defendants. | |

25    Having considered the foregoing Application and the matters stated therein, IT IS
26  HEREBY GRANTED:
27    An order to issue Letter Rogatory including Exhibits A & B, directed to the
28  appropriate judicial authority in New York requesting Marsh, located at 1166 Avenue of

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

the Americas, New York, NY 10036-2774, to produce its files for Policy Nos. C.L.2037, L.6265, which were issued by General Accident Fire and Life Assurance Corporation Ltd of Perth Scotland to The Flintkote Company of Canada Limited and/or The Flintkote Mines Limited, and for Policy Nos. L 90-4672 and L. 90-5010, which were issued by The General Accident Assurance Company of Canada to The Flintkote Company of Canada Limited and/or The Flintkote Mines Limited.

DATED: May 31, 2007        By:_____
                                THE HONORABLE MARILYN H. PATEL
                                United States District Judge

