UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES 1 through 10,<br><br>   Defendants.<br>_____ / | No. C 04-01827 MHP<br><br>**ORDER**<br><br>**Re: Aviva's Motion for Summary Judgment Regarding Assignments; Flintkote's Motion to Streamline its Damages Presentation at Trial** |

    Having reviewed the parties' written submissions and having issued a tentative memorandum and order regarding Aviva's "Motion for Summary Judgment Regarding Assignments" as well as Flintkote's "Motion to Streamline its Damages Presentation at Trial," the court directs the parties to review the tentative order along with the supplemental questions attached as an appendix to the tentative order.

    The court orders the parties to submit written responses to the supplemental questions. Moreover, insofar as the court has misunderstood any underlying facts relevant to the parties' motions, the court orders the parties to explain and clarify those facts. The parties, however, should not consider this order to be an opportunity to re-brief issues that have already been addressed in their previous submissions.

The parties' further written responses shall not exceed ten (10) pages and shall be submitted simultaneously by July 1, 2008. The hearing scheduled for June 19, 2008 is vacated. The clerk of the court shall contact the parties to reschedule the hearing.

IT IS SO ORDERED.

Dated: June 17, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California