Jesse F. Ruiz [SBN 77984] (jfr@robinsonwood.com)
Bonnie M. Ross [SBN 178591] (bmr@robinsonwood.com)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant
AVIVA INSURANCE COMPANY OF CANADA

Marc S. Maister [SB 155980] (mmaister @irell.com)
Michael Fehner [SB 207312] (mfehner @irell.com)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92600-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiff
THE FLINTKOTE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FORE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES 1 through 10,<br><br>Defendants. | Case No. C 04-01827 MHP<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT SUPPLEMENTAL BRIEFS AND REQUEST FOR ORDER** |

Defendant Aviva Insurance Company of Canada ("Aviva") and plaintiff The Flintkote Company ("Flintkote"), by and through their counsel, submit the following stipulation and respectfully request the Court's order approving the stipulation.

Background

On June 18, 2008, the Court issued a Tentative Memorandum and Order on Aviva's Motion for Summary Adjudication re Assignments and Flintkote's Motion to Streamline Its Damages Presentation at Trial. The Court also issued an Order instructing the parties to submit written responses to supplemental questions, and to explain and clarify facts underlying the Court's Tentative Memorandum and Order. The Court ordered the parties to submit their supplemental briefs simultaneously by July 1, 2008.

Aviva has requested that Flintkote agree to extend the deadline for submitting the supplemental briefs, and Flintkote has agreed to a 2-day extension, from July 1 to July 3, 2008.

The reasons for Aviva's request to extend the deadlines are as follows: The parties are scheduled to attend depositions in Toronto, Canada during the week of June 23, 2008. All day-depositions are set for three of Aviva's witnesses on June 24, 26 and 27. An all-day deposition of one of Flintkote's witnesses is set for June 25. Aviva's counsel who is most familiar with the parties motion is scheduled to prepare for, travel to, and attend these depositions and will be in Toronto from June 22 to June 29. In addition, the parties are exchanging their final sets of discovery on July 2.

For these reasons, the time to prepare the supplemental brief is very limited. In order to ensure that it can fully comply with the Court's orders, Aviva's requests an additional two days' time to submit its supplemental brief.

Neither party has sought any prior extensions of time to submit supplemental briefs.

There have been several previous time modifications in the case by stipulation and Court order. Most recently, the Court vacated the hearing date for the parties' pending motions, and no new date has been set for the hearing. Accordingly, the requested 2-day extension is not expected to affect the schedule for the case.

1  Previous modifications of time include: one granted in January 2006 to allow additional
2  time to respond to Flintkote's Motion to Amend the complaint due to defense counsel being in
3  trial; and one granted in the fall of 2006 to allow the parties to complete discovery before
4  submitting summary judgment briefs. In addition, the parties have just stipulated to extend the
5  time for expert disclosures from July 2 to July 14, 2008.

6  <u>Stipulation</u>

7  Counsel for the parties therefore stipulate to extend the deadline for submission of their
8  supplemental briefs from July 1 to July 3, 2008.

9  Counsel for both parties affix their electronic signatures below.

10 SO STIPULATED:

11 DATED:_____, 2008                    **ROBINSON & WOOD, INC.**

14                                         By:_____/S/_____
                                              Jesse F. Ruiz
15                                            Bonnie Margaret Ross
                                              Attorneys for Defendant
16                                            Aviva Insurance Company of Canada

17 SO STIPULATED:

18 DATED:_____, 2008                    **IRELL & MANELLA LLP**

21                                         By:_____/S/_____
                                              Michael Fehner
22                                            Attorneys for Plaintiff
                                              The Flintkote Company

# ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO SUBMIT SUPPLEMENTAL BRIEFS

The above (attached) Stipulation to Extend Deadlines is approved. The Court hereby orders the parties to submit their supplemental briefs re Aviva's Motion for Summary Adjudication re Assignments and Flintkote's Motion to Streamline its Damages Presentation at Trial by July 3, 2008.

IT IS SO ORDERED.

Dated: July 3, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel

-4-

STIPULATION TO EXTEND DEADLINE                                          Case No: C 04-01827

ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120