1  Jesse F. Ruiz [SBN 77984] (jfr@robinsonwood.com)
   Helen H. Chen [SBN 213150] (hhc@robinsonwood.com)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113
   Telephone: (408) 298-7120
4  Facsimile: (408) 298-0477

5  Attorneys for Defendant
   AVIVA INUSRANCE COMPANY OF CANADA
6
   Marc S. Maister [SBN 155980] (mmaister@irell.com)
7  Michael Fehner [SBN 207312] (mfehner@irell.com)
   John Keith [SBN 229755] (jkeith@irell.com)
8  IRELL & MANELLA LLP
   840 Newport Center Drive, Suite 400
9  Newport Beach, CA 92600-6324
10 Telephone: (949) 760-0991
   Facsimile: (949) 760-5200
11
   Attorneys for Plaintiff
12 THE FLINTKOTE COMPANY

13

14                     UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 | THE FLINTKOTE COMPANY, a            | Case No. C 04-01827 MHP
   | Delaware Corporation,                |
18 |                                      |
   |         Plaintiff,                   |
19 |                                      |
   |   v.                                 |
20 |                                      | **STIPULATION TO EXTEND DEADLINE
   |                                      | RE: PRODUCTION OF UNREDACTED
21 | GENERAL ACCIDENT ASSURANCE           | DOCUMENTS**
   | COMPANY OF CANADA, a Canada          |
22 | insurance company; GENERAL           |
   | ACCIDENT FORE AND LIFE               |
23 | ASSURANCE CORPORATION                |
   | LIMITED OF PERTH, SCOTLAND, a        |
24 | Scotland insurance company; and DOES |
   | 1 through 10,                        |
25 |                                      |
   |         Defendants.                  |
26

27

28
                              -1-

STIPULATION TO EXTEND DEADLINE                           Case No: C 04-01827

Defendant Aviva Insurance Company of Canada and plaintiff The Flintkote Company, by and through their counsel, submit the following stipulation and respectfully request the Court's order approving the stipulation.

WHEREAS, Aviva was ordered to produce to the Court ten unredacted documents on or before February 13, 2009;

WHEREAS, the Aviva attorney who handles discovery is out of the office until February 17, 2009;

WHEREAS, in light of the unavailability of the Aviva attorney who handles discovery, an extension of the deadline to produce unredacted documents is requested by Aviva and not opposed by Flintkote, so that a complete set of unredacted documents will be produced;

NOW THEREFORE, the parties hereby stipulate to extend the deadline for the production of ten unredacted documents to the Court to February 20, 2009.

IT IS SO STIPULATED.

DATED: February 13, 2009                ROBINSON & WOOD, INC.


By:_____//s//_____
    Jesse F. Ruiz
    Helen H. Chen
    Attorneys for Defendant
    Aviva Insurance Company of Canada


DATED: February 13, 2009                IRELL & MANELLA LLP


By:_____//s//_____
    Michael Fehner
    Attorneys for Plaintiff
    The Flintkote Company

STIPULATION TO EXTEND DEADLINE                                Case No: C 04-01827

ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120

## ORDER APPROVING STIPULATION TO EXTEND DEADLINE

The above Stipulation to Extend Deadline is approved. The Court hereby orders Aviva to produce ten unredacted documents to the Court on or before February 20, 2009.

IT IS SO ORDERED.

Dated: 2/19/2009



STIPULATION TO EXTEND DEADLINE                                    Case No: C 04-01827