

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN,<br><br>        Defendants. | Case No. C 04-01827 MHP<br><br>**[PROPOSED] ORDER RE: PRETRIAL AND TRIAL DATES**<br><br>**Ctrm.: 15, 18th floor**<br><br>**Hon. Marilyn H. Patel** |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Joint Stipulation re: Pretrial and Trial Dates submitted by plaintiff The |
| 3 | Flintkote Company and Defendant Aviva Insurance Company of Canada, and good cause |
| 4 | appearing therefor, the Court hereby establishes the schedule for upcoming events set forth |
| 5 | immediately below: |

| Event | Date/Deadline |
|---|---|
| Expert disclosures | July 2 |
| Expert discovery deadline | August 24 |
| Motions in limine filed/exhibit & witness lists exchange | September 4 |
| Joint Pretrial Conference Statement filed | September 11 |
| Objections to exhibits/motion in limine responses | September 18 |
| Pretrial conference | September ~~29~~ 30 @ 2:30 p.m. |
| Trial begins | October 13, 2009 @ 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: _July 8_____, 2009

_____
Judge M[arilyn H. Patel]
United S[tates District Judge]

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[PROPOSED] ORDER RE: DATES
Case No. C 04-01827 MHP