1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10  **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation, ) ) ) | Case No. C 04-01827 MHP |
| Plaintiff, ) ) | **[PROPOSED] ORDER RE: PRETRIAL AND TRIAL DATES** |
| vs. ) ) | **Ctrm.: 15, 18th floor** |
| GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN, ) ) ) ) ) ) ) ) | **Hon. Marilyn H. Patel** |
| Defendants. ) ) ) | |




## **ORDER**

Pursuant to the Joint Stipulation re: Pretrial and Trial Dates submitted by plaintiff The Flintkote Company and Defendant Aviva Insurance Company of Canada, and good cause appearing therefor, the Court hereby establishes the schedule for upcoming events set forth immediately below:

| Event | Date/Deadline |
| --- | --- |
| Expert disclosures | July 2 |
| Expert discovery deadline | August 24 |
| Motions in limine filed/exhibit & witness lists exchange | September 4 |
| Joint Pretrial Conference Statement filed | September 11 |
| Objections to exhibits/motion in limine responses | September 18 |
| Pretrial conference | September ~~29~~ 30 @ 2:30 p.m. |
| Trial begins | October 13, 2009 @ 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: _July 8_____, 2009



_____
Judge M...
United S...

[PROPOSED] ORDER RE: DATES
Case No. C 04-01827 MHP

- 1 -