1  IRELL & MANELLA LLP
   Marc S. Maister (SBN 155980; mmaister@irell.com)
2  Michael Fehner (SBN 207312; mfehner@irell.com)
   840 Newport Center Drive, Suite 400
3  Newport Beach, CA 92660-6324
   Telephone: (949) 760-0991
4  Facsimile: (949) 760-5200

5  Attorneys for Plaintiff
   The Flintkote Company
6
   ROBINSON & WOOD, INC.
7  Jesse F. Ruiz (SBN 77984; JFR@robinsonwood.com)
   Bonnie Margaret Ross (SBN 178591; BMR@robinsonwood.com)
8  Helen H. Chen (SBN 213150; HHC@robinsonwood.com)
   227 North First Street
9  San Jose, CA 95113
   Telephone: (408) 298-7120
10 Facsimile: (408) 298-0477

11 Attorneys for Defendant
   Aviva Insurance Company of Canada
12

13                    **UNITED STATES DISTRICT COURT**
14                    **NORTHERN DISTRICT OF CALIFORNIA**
15                         **SAN FRANCISCO DIVISION**
16

17 | THE FLINTKOTE COMPANY, a Delaware corporation, | Case No. C 04-01827 MHP |
|---|---|
| Plaintiff, | **JOINT STIPULATION RE: EXPERT WITNESS DISCOVERY SCHEDULE** |
| vs. | **[Proposed] Order Submitted Concurrently** |
| GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN, | |
| Defendants. | |

# JOINT STIPULATION

Plaintiff The Flintkote Company ("Flintkote") and defendant Aviva Insurance Company of Canada ("Aviva"), by and through their counsel, submit this Joint Stipulation re: Expert Witness Discovery Schedule.

The parties stipulate and agree to produce each expert submitting a report under Rule 26 for deposition, and to cooperate as much as possible in the dates and places for such depositions, without the need for subpoenas or document requests.

The parties had agreed, before the Court's July 8 Order was issued, to extend expert disclosures to July 31, 2009, given the continuing work to be done, and the continuing production of documents. The parties propose an expert discovery deadline of August 31, 2009, one week later than the previously proposed date of August 24, 2009. Although not previously articulated, the parties agree that the exchange of evidence intended to contradict or rebut expert witness disclosures would be August 14, 2009. All other dates, including the pretrial conference date and the trial date, would remain the same.

Accordingly, the modifications are the following:

| **Event** | **Date/Deadline** |
|---|---|
| Expert disclosures | July 31, 2009 |
| Exchange of evidence intended to contradict or rebut expert witness disclosures | August 14, 2009 |
| Expert discovery deadline | August 31, 2009 |

Counsel for both parties affix their electronic signatures below to this Joint Stipulation re: Expert Witness Discovery Schedule.

Respectfully submitted,

Dated: July 22, 2009           IRELL & MANELLA LLP


By: /s/ Michael Fehner
    Michael Fehner
    Attorneys for Plaintiff
    The Flintkote Company

Dated: July 22, 2009           ROBINSON & WOOD, INC.


By: /s/ Bonnie Margaret Ross (with permission)
    Bonnie Margaret Ross
    Attorneys for Defendant
    Aviva Insurance Company of Canada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN,<br><br>    Defendants. | Case No. C 04-01827 MHP<br><br>[PROPOSED] **ORDER RE: EXPERT WITNESS DISCOVERY SCHEDULE**<br><br>**Joint Stipulation Submitted Concurrently** |

[PROPOSED] ORDER RE: EXPERT WITNESS DISCOVERY SCHEDULE (Case No. C 04-01827 MHP)

Disabled

1 **ORDER**

2 Pursuant to the parties' concurrently filed Joint Stipulation re: Expert Witness Discovery
3 Schedule, and good cause appearing therefor, the Court hereby orders that the following dates
4 shall apply in the above-captioned litigation:

| Event | Date/Deadline |
|---|---|
| Expert disclosures | July 31, 2009 |
| Exchange of evidence intended to contradict or rebut expert witness disclosures | August 14, 2009 |
| Expert discovery deadline | August 31, 2009 |

13 IT IS SO ORDERED.

15 Dated: __7/24_____, 2009   _____
16 Judge M...
   United S...



Judge Marilyn H. Patel
IT IS SO ORDERED

[PROPOSED] ORDER RE: EXPERT WITNESS
DISCOVERY SCHEDULE (Case No. C 04-01827 MHP)

- 1 -