UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLINTKOTE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>GENERAL ACCIDENT ASSURANCE<br>COMPANY OF CANADA et al,<br><br>        Defendant. | Case Number: CV04-01827 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

The Hon. William J. Cahill
JAMS
Two Embarcadero Center
Suite 1100
San Francisco, CA 94111

Dated: November 25, 2009

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk