IRELL & MANELLA LLP
Marc S. Maister (SBN 155980; mmaister@irell.com)
Laura A. Seigle (SBN 171358; lseigle@irell.com)
Michael Fehner (SBN 207312; mfehner@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiff
The Flintkote Company

ROBINSON & WOOD, INC.
Archie S. Robinson (SBN 34789; ASR@robinsonwood.com)
Jesse F. Ruiz (SBN 77984; JFR@robinsonwood.com)
Bonnie Margaret Ross (SBN 178591; BMR@robinsonwood.com)
Helen H. Chen (SBN 213150; HHC@robinsonwood.com)
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant
Aviva Insurance Company of Canada

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN,<br><br>            Defendants. | Case No. C 04-01827 MHP<br><br>**JOINT STIPULATION RE: BRIEFING, HEARING AND TRIAL SCHEDULE**<br><br>[Proposed Order submitted separately] |

# JOINT STIPULATION RE: SCHEDULING

Pursuant to the Court's request at the January 7, 2010 hearing, plaintiff The Flintkote Company ("Flintkote") and defendant Aviva Insurance Company of Canada ("Aviva"), by and through their counsel, submit this Joint Stipulation regarding their agreement on briefing, hearing and trial dates.

The parties have meet and conferred, and have agreed to the following dates, including a shortened briefing schedule, conditioned on the Court's agreement:

| Event | Scheduled Date |
| --- | --- |
| Aviva files combined motion for reconsideration and appeal of Judge Cahill's Report and Recommendation | Friday, January 15, 2010 |
| Flintkote files combined response | Wednesday, January 27, 2010 |
| Aviva files reply re: motion for reconsideration | Tuesday, February 2, 2010 |
| Hearing on motions/continued pretrial conference | Tuesday, February 9, 2010 |
| Trial date | Tuesday, March 16, 2010 (or later as Court's schedule directs) |

The parties discussed potential hearing and trial dates with Court personnel and has submitted them in hopes that they are acceptable and still available. Pursuant to the Court's comments at the January 7th hearing, the parties are also participating in mediation activities with the Honorable Judge Daniel Weinstein (Ret.) of JAMS.

1       NOW, THEREFORE, the parties hereby stipulate and agree as follows:

2       1.    The parties jointly request that the Court set the schedule as laid out above; and

3       2.    The parties jointly request that the Court enter an Order in the form proposed.

5       IT IS SO STIPULATED.

                                                        Respectfully submitted,

7 Dated: January 12, 2010               IRELL & MANELLA LLP

10                                               By: /s/ Michael Fehner
                                                        Michael Fehner
                                                        Attorneys for Plaintiff
                                                        The Flintkote Company

13 Dated: January 12, 2010               ROBINSON & WOOD, INC.

16                                               By: /s/ Archie S. Robinson
                                                        Archie S. Robinson
                                                         Attorneys for Defendant
                                                         Aviva Insurance Company of Canada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN,<br><br>        Defendants. | Case No. C 04-01827 MHP<br><br>**[PROPOSED] ORDER RE: BRIEFING, HEARING AND TRIAL SCHEDULE**<br><br>**Joint Stipulation Submitted Concurrently** |

# **ORDER**

Pursuant to the parties' concurrently filed Joint Stipulation re: Briefing, Hearing, and Trial Schedule, and good cause appearing therefor, the Court hereby orders that the following dates shall apply in the above-captioned litigation:

| **Event** | **Date/Deadline** |
|---|---|
| Filing of Aviva's combined motion for reconsideration and appeal of Judge Cahill's Report and Recommendation | Friday, January 15, 2010 |
| Filing of Flintkote's combined response | Wednesday, January 27, 2010 |
| Filing of Aviva's reply re: motion for reconsideration | Tuesday, February 2, 2010 |
| Hearing on motions/continued pretrial conference | Tuesday, February ~~9~~ 12, 2010 @ 2:30 p.m. |
| Trial date | Tuesday, March 16, 2010 @ 8:30 a.m. |

IT IS SO ORDERED.

Dated: __January 14___, 2010



Judge Marilyn H. Patel
United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER RE: SCHEDULING
(Case No. C 04-01827 MHP)