| | |
|---|---|
| 1 | IRELL & MANELLA LLP<br>Marc S. Maister (SBN 155980; mmaister@irell.com) |
| 2 | Laura A. Seigle (SBN 171358; lseigle@irell.com)<br>Michael Fehner (SBN 207312; mfehner@irell.com) |
| 3 | 840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324 |
| 4 | Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>The Flintkote Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation, | ) ) ) | Case No. C 04-01827 MHP |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER RE: SCHEDULE OF BRIEFING, HEARING AND TRIAL |
| vs. | ) ) | [Flintkote's Statement re: Scheduling Submitted Separately] |
| GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# **ORDER**

Pursuant to Flintkote's Statement re: Schedule of Briefing, Hearing, and Trial, and good cause appearing therefor, the Court hereby orders that the following dates shall apply in the above-captioned litigation:

| **Event** | **Scheduled Date/Deadline** |
| --- | --- |
| Aviva produces all reserves-related documents to Flintkote | Tuesday, February 22, 2010 |
| Aviva produces to Flintkote all documents previously withheld on grounds rejected by Special Master Cahill (*i.e.*, attorney-client and work-product); Aviva also submits to Special Master briefing and materials re: all other documents which it continues to withhold (the "Additionally Withheld Documents") | Friday, February 26, 2010 |
| Flintkote provides reply to Special Master Cahill regarding Aviva's Additionally Withheld Documents | Friday, March 5, 2010 |
| Special Master provides ruling regarding the Additionally Withheld Documents | Friday, March 19, 2010 |
| Deadline for appeal re: Additionally Withheld Documents as to which there are objections to Special Master's ruling (if any); Aviva also produces to Flintkote all other Additionally Withheld Documents ("Second Cahill Production") | Friday, March 26, 2010 |
| Mediation with Judge Weinstein | To be Determined |
| Reply to Aviva's appeal of Special Master ruling, if any | Friday, April 2, 2010 |
| The Court issues ruling regarding appeal of Special Master ruling, if any | Monday, April 12, 2010 |
| Based on Court's ruling, Aviva produces all other Additionally Withheld Documents (if any) | Monday, April 19, 2010 |

| **Event** | **Scheduled Date/Deadline** |
|---|---|
| Flintkote completes depositions based on all Additionally Withheld Documents, reserves documents | Monday, May 17, 2010 |
| Evidentiary hearing on parties' damages experts | Tuesday, June 1, 2010 |
| Pretrial conference | Wednesday, June 2, 2010 |
| Trial start date | Tuesday, July 6, 2010 |

IT IS SO ORDERED.

Dated: 2/23_____, 2010  _____
Judge Marilyn H. Patel
United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)