1  IRELL & MANELLA LLP
   Marc S. Maister (SBN 155980; mmaister@irell.com)
2  Laura A. Seigle (SBN 171358; lseigle@irell.com)
   Michael Fehner (SBN 207312; mfehner@irell.com)
3  840 Newport Circle Drive, Suite 400
   Newport Beach, CA 92660-6324
4  Telephone:  (949) 760-0991
   Facsimile:  (949) 760-5200
5
   Attorneys for Plaintiff
6  The Flintkote Company

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  THE FLINTKOTE COMPANY, a Delaware      )  Case No. C 04-01827 MHP
    corporation,                          )
13                                         )  **[PROPOSED] ORDER RE FLINTKOTE'S**
                                           )  **NOTICE OF MOTION AND MOTION**
14            Plaintiff,                    )  **FOR ORDER ENFORCING**
                                           )  **COMPLIANCE WITH THE COURT'S**
15       vs.                               )  **ORDERS**
                                           )
16  GENERAL ACCIDENT ASSURANCE            )
    COMPANY OF CANADA, a Canada           )  **[Flintkote's Notice of Motion, Memorandum**
17  insurance company; GENERAL ACCIDENT   )  **of Points and Authorities, and Declaration**
    FIRE AND LIFE ASSURANCE               )  **of Marc S. Maister Submitted**
    CORPORATION LIMITED OF PERTH,         )  **Concurrently]**
18  SCOTLAND, a Scotland insurance company; )
    and DOES ONE through TEN,             )
19                                         )  **Hearing date: June 7, 2010, 2:00 p.m.**
            Defendants.                    )  **Courtroom 18, 15th floor**
20                                         )  **Hon. Marilyn H. Patel**
                                           )
21  _____)  **Trial Date:     July 6, 2010**

22

23

24

25

26

27

28

**ORDER**

Pursuant to Flintkote's Notice of Motion and Motion for Order Enforcing Compliance with the Court's Orders, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1.    Aviva SHALL produce immediately to Flintkote all pre-October 31, 2003 documents withheld on the basis of "genuine work product" as identified on its new privilege logs;

2.    Aviva SHALL turn over to Special Master Cahill for review all documents that it continues to withhold on improper grounds (including documents that have appeared for the first time in this litigation on the new April 2010 privilege logs and documents for which Aviva has changed the asserted basis of protection), at Aviva's expense;

3.    Aviva SHALL produce the four deponents identified in Flintkote's moving papers (*i.e.*, Douglas Goudie, Craig Brown, Hillel David, and Shirlee Crawford);

4.    Aviva is formally warned that if it fails to fully comply with the Court's prior discovery and scheduling orders or this Order, the Court will entertain a motion for terminating-type sanctions; and

5.    If not already done, Aviva's Request for Clarification (Dkt. 507) is hereby DENIED.

DATED:      _____, 2009        _____
                                HON. MARILYN HALL PATEL
                                United States District Court Judge

Case No. 04-01827-MHP

[PROPOSED] ORDER RE: FLINTKOTE'S MOTION FOR
ORDER ENFORCING COMPLIANCE

2230279                          - 1 -