|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | **UNITED STATES DISTRICT COURT** | |
| 9 | **NORTHERN DISTRICT OF CALIFORNIA** | |
| 10 | **SAN FRANCISCO DIVISION** | |
| 11 | | |
| 12 | THE FLINTKOTE COMPANY, a Delaware corporation, ) ) | Case No. C 04-01827 MHP |
| 13 | Plaintiff, ) ) ) | **[PROPOSED] ORDER CONTINUING PRE-TRIAL AND TRIAL DATES** |
| 14 | vs. ) ) | **[Joint Stipulation re: Continuance of Pre-Trial and Trial Dates Submitted Separately]** |
| 15 | GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada ) ) ) | |
| 16 | insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE ) ) | |
| 17 | CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; ) ) | |
| 18 | and DOES ONE through TEN, ) ) | |
| 19 | Defendants. ) ) | |
| 20 | | |

# ORDER

Pursuant to the parties' Joint Stipulation re: Continuance of Pre-Trial and Trial Dates, and good cause appearing therefor, the Court hereby orders that the above-captioned matter is stayed except for settlement discussions until June 14, 2010, absent earlier termination by the parties or mediator Judge Weinstein; that the current dates for the evidentiary hearing on the parties' damages experts and the hearing on Flintkote's Motion for Order Enforcing Compliance with the Court's Orders (Docket No. 511), the pre-trial conference, and trial are all vacated; and that the following dates shall apply:

| Event | Scheduled Date |
|---|---|
| End of stay period, absent earlier termination by parties or Judge Weinstein | Monday, June 14, 2010 |
| Evidentiary hearing on parties' damages experts and hearing on Flintkote's motion for order enforcing compliance with the Court's Orders | Tuesday, July 13, 2010, 9:00 a.m. |
| Pre-trial conference | Thursday, August 12, 2010, 2:30 p.m. |
| Trial start date | Tuesday, September 14, 2010, 8:30 a.m. |

IT IS SO ORDERED.

Dated: __5/13_____, 2010



_____
Judge Marilyn H. Patel
United States District Court