1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE FLINTKOTE COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GENERAL ACCIDENT ASSURANCE COMPANY OF CANADA, a Canada insurance company; GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION LIMITED OF PERTH, SCOTLAND, a Scotland insurance company; and DOES ONE through TEN,<br><br>                    Defendants. | Case No. C 04-01827 MHP<br><br>**[PROPOSED] ORDER STAYING LITIGATION**<br><br>**[Notice of Settlement and Joint Stipulation to Stay Litigation Pending Bankruptcy Court Approval Submitted Separately]** |

1

**<u>ORDER</u>**

2      Pursuant to the parties' Notice of Settlement and Joint Stipulation to Stay Litigation

3 Pending Bankruptcy Court Approval, and for good cause appearing therein, the Court hereby

4 orders that the above-captioned matter is stayed in its entirety until: (a) five business days after the

5 date of the order by the bankruptcy court pursuant to Rule 9019 of the Federal Rules of

6 Bankruptcy Procedure approving the parties' Settlement Agreement and the sale of the Known

7 Aviva Policies becomes a final order (as defined in that Settlement Agreement); or (b) the

8 Settlement Agreement is terminated in accordance with its terms, and this Court is so notified.

9      In light of the above, the currently scheduled pretrial and trial dates shall be taken off this

10 Court's calendar.

11      IT IS SO ORDERED.

12

13 Dated: __6/18_____, 2010

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel

[PROPOSED] ORDER STAYING LITIGATION

(Case No. C 04-01827 MHP)